# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | ) Involuntary Chapter 7 |
| | ) |
| COMMONWEALTH BUSINESS CREDIT, LLC, | ) Hon. John P. Gustafson |
| | ) |
| | ) Case No. 21-31507-jpg |
| Alleged Debtor. | ) |
| | ) |

## RULE 1010 (b) AND 7007.1 CORPORATE OWNERSHIP STATEMENT

Petitioning creditor Series 10 of Cadence Group Platform, LLC, a nongovernmental unit, in accordance with Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, hereby makes the following corporate disclosure statement:

Series 10 of Cadence Group Platform, LLC is a privately held Delaware series limited liability company, and Cadence Group, Inc., a Delaware corporation owns more than 10% of its equity interests.

DATED: August 23, 2021

FISHERBROYLES, LLP

By: /s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
21700 Oakmead Drive, Box 306
Perrysburg, OH 43551
Phone: (419) 874-6859
Fax: (419) 550-1515
*Counsel to Series 10 of Cadence Group Platform, LLC*