The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: September 20 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COMMONWEALTH BUSINESS CREDIT, LLC | ) ) ) | Case No. 21-31507 |
| | ) | Hon. John P. Gustafson |
| Alleged Debtor. | ) | |

## STIPULATION AND AGREED ORDER FOR RELIEF IN INVOLUNTARY CASE

This Stipulation and Agreed Order for Relief in Involuntary Case (the "Agreed Order") is entered into by and between Commonwealth Business Credit, LLC ("Commonwealth") and Series 10 of Cadence Group Platform, LLC (the "Petitioning Creditor" and, together with Commonwealth, the "Parties").

### Recitals

1. On August 23, 2021, Petitioning Creditor filed an involuntary petition and commenced the above-captioned chapter 7 involuntary case.

2. The Parties wish to resolve disputes regarding the entry of an order for relief in this involuntary case.

## Agreed Order

The Parties, by and through their respective counsel, hereby stipulate and agree to be bound and it is HEREBY ORDERED as follows:

    A.    Commonwealth does not contest the entry of an order for relief.

    B.    The order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby entered.

**IT IS SO ORDERED.**

AGREED AND APPROVED:

**SERIES 10 OF CADENCE PLATFORM GROUP, LLC**

By:    /s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
27100 Oakmead Drive, Box 306
Perrysburg, OH 43551
Phone: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Counsel to the Series 10 of Cadence Platform Group, LLC*

-and-

**COMMONWEALTH BUSINESS CREDIT, LLC**

By:    /s/ *Scot A. Hinshaw*
Scot A. Hinshaw (0096079)
Brian Kalas (0070963)
Niehaus Kalas Hinshaw Ltd.
7150 Granite Circle, Suite 203
Toledo, OH 43617
Phone: (419) 517-9090
Fax: (419) 517-9091

Email: hinshaw@nkh.law; kalas@nkh.law
*Counsel to Commonwealth Business Credit, LLC*

# # #

US_150372964v1

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Alleged Debtor/Debtor
Brian Kalas, kalas@nkh.law, counsel for Alleged Debtor/Debtor
Patricia B. Fugée, patricia.fugee@fisherbroyles.com, counsel for Petitioning Creditor
Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank
United States Trustee's office