United States Bankruptcy Court

Northern District of Ohio

In re:                                                                                                            Case No. 21-31507-jpg

Commonwealth Business Credit, LLC                                                        Chapter 7

Series 10 of Cadence Group Platform, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-3                                        User: dzeme                                               Page 1 of 2

Date Rcvd: Sep 20, 2021                              Form ID: pdf701                                     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Commonwealth Business Credit, LLC, c/o Statutory Agent Richard A. Scheich, 7644 King's Pointe Road, Toledo, OH 43617-1500 |
| ptcrd | + | Series 10 of Cadence Group Platform, LLC, c/o Cadence Group, Inc., 86 Broad Street, Suite 205, New York, NY 10004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Waterford Bank, N.A., 3900 N. McCord Road, Toledo |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2021                                  Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Patricia B. Fugee | |
| | on behalf of Petitioning Creditor Series 10 of Cadence Group Platform LLC patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net |
| Thomas W. Heintschel | |
| | on behalf of Creditor Waterford Bank N.A. theintschel@fhk-law.com |

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: September 20 2021**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COMMONWEALTH BUSINESS CREDIT, LLC | ) ) | Case No. 21-31507 |
| | ) | Hon. John P. Gustafson |
| Alleged Debtor. | ) | |

### STIPULATION AND AGREED ORDER FOR RELIEF IN INVOLUNTARY CASE

This Stipulation and Agreed Order for Relief in Involuntary Case (the "Agreed Order") is entered into by and between Commonwealth Business Credit, LLC ("Commonwealth") and Series 10 of Cadence Group Platform, LLC (the "Petitioning Creditor" and, together with Commonwealth, the "Parties").

### Recitals

1.  On August 23, 2021, Petitioning Creditor filed an involuntary petition and commenced the above-captioned chapter 7 involuntary case.

US_150372964v1

2. The Parties wish to resolve disputes regarding the entry of an order for relief in this involuntary case.

## Agreed Order

The Parties, by and through their respective counsel, hereby stipulate and agree to be bound and it is HEREBY ORDERED as follows:

 A. Commonwealth does not contest the entry of an order for relief.

 B. The order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is hereby entered.

**IT IS SO ORDERED.**

AGREED AND APPROVED:

**SERIES 10 OF CADENCE PLATFORM GROUP, LLC**

By:  /s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
FisherBroyles, LLP
27100 Oakmead Drive, Box 306
Perrysburg, OH 43551
Phone: (419) 874-6859
Fax: (419) 550-1515
Email: patricia.fugee@fisherbroyles.com
*Counsel to the Series 10 of Cadence Platform Group, LLC*

-and-

**COMMONWEALTH BUSINESS CREDIT, LLC**

By:  /s/ *Scot A. Hinshaw*
Scot A. Hinshaw (0096079)
Brian Kalas (0070963)
Niehaus Kalas Hinshaw Ltd.
7150 Granite Circle, Suite 203
Toledo, OH 43617
Phone: (419) 517-9090
Fax: (419) 517-9091

US_150372964v1   2

21-31507-jpg   Doc 12   FILED 09/22/21   ENTERED 09/23/21 00:09:26   Page 4 of 6

Email: hinshaw@nkh.law; kalas@nkh.law
*Counsel to Commonwealth Business Credit, LLC*

# # #

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Alleged Debtor/Debtor
Brian Kalas, kalas@nkh.law, counsel for Alleged Debtor/Debtor
Patricia B. Fugée, patricia.fugee@fisherbroyles.com, counsel for Petitioning Creditor
Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank
United States Trustee's office