The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: September 23 2021

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 21-31507 |
| | ) | |
| Commonwealth Business Credit, LLC | ) | Chapter 7 |
| | ) | |
| **Debtor(s).** | ) | |
| | ) | **JUDGE JOHN P. GUSTAFSON** |

### ORDER VACATING SUA SPONTE STATUS CONFERENCE

This case is scheduled for a sua sponte status conference [Doc. #6] on September 29, 2021 at 11:00 a.m. A Stipulation and Agreed Order for Relief in Involuntary Case having been entered on September 20, 2021, the Court will vacate the Status Conference.

**IT IS THEREFORE ORDERED** that the Sua Sponte Status Conference scheduled for September 29, 2021 at 11:00 a.m., is hereby **VACATED.**