In re:  Case No. 21-31507-jpg
Commonwealth Business Credit, LLC  Chapter 7
Series 10 of Cadence Group Platform, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: amari     Page 1 of 2
Date Rcvd: Sep 27, 2021     Form ID: pdf912     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Commonwealth Business Credit, LLC, c/o Statutory Agent Richard A. Scheich, 7644 King's Pointe Road, Toledo, OH 43617-1500 |
| ptcrd | + | Series 10 of Cadence Group Platform, LLC, c/o Cadence Group, Inc., 86 Broad Street, Suite 205, New York, NY 10004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Sep 27 2021 20:40:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Waterford Bank, N.A., 3900 N. McCord Road, Toledo |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian C. Kalas
    on behalf of Debtor Commonwealth Business Credit  LLC kalas@nwklaw.com, denise@nwklaw.com

Ericka S. Parker Trustee
    esparker@sbcglobal.net oh04@ecfcbis.com

Patricia B. Fugee
    on behalf of Petitioning Creditor Series 10 of Cadence Group Platform  LLC patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Scot A. Hinshaw
    on behalf of Debtor Commonwealth Business Credit  LLC hinshaw@nwklaw.com

Thomas W. Heintschel
    on behalf of Creditor Waterford Bank  N.A. theintschel@fhk-law.com

TOTAL: 5

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: September 27 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COMMONWEALTH BUSINESS CREDIT, LLC | ) ) ) | Case No. 21-31507 |
| | ) | Hon. John P. Gustafson |
| Alleged Debtor. | ) | |

## ORDER

This matter having come before the Court on Debtor Commonwealth Business Credit, LLC's Unopposed Motion for Extension of Time to File Schedules Required Under Bankruptcy Rule 1007 and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED, and Debtor Commonwealth Business Credit, LLC is hereby granted additional time through and until October 14, 2021 to file the schedules and information required of both Bankruptcy Rule 1007(a)(2) and (b)(1).

**IT IS SO ORDERED.**

# # #

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Alleged Debtor/Debtor
Brian Kalas, kalas@nkh.law, counsel for Alleged Debtor/Debtor
Patricia B. Fugée, patricia.fugee@fisherbroyles.com, counsel for Petitioning Creditor
Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank
Ericka Parker, esparker@sbcglobal.net, United States Trustee
Eric R. Neuman, eric@drlawllc.com, counsel for United States Trustee