**Fill in this information to identify the case:**

Debtor name: Commonwealth Business Credit, LLC

United States Bankruptcy Court for the: Northern District of Ohio
(State)

Case number (If known): 21-31507

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Richard Scheich | 3230 Central Park West, Suite 208, Toledo, Ohio 43617 | Waterford Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.2 | James DelVerne | 3230 Central Park West, Suite 208, Toledo, OH 43617 | Waterford Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.3 | Northwest Capital, LLC | 3230 Central Park West, Suite 208, Toledo, Ohio 43617 | Waterford Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.4 | Northwest Capital Investors, LLC | 3230 Central Park West, Suite 208, Toledo, Ohio 43617 | Waterford Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |