**Fill in this information to identify the case:**

Debtor name: Commonwealth Business Credit, LLC

United States Bankruptcy Court for the: Northern District of Ohio (State)

Case number (If known): 21-31507

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ unknown

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ 8,001,676.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 561,385

4. **Total liabilities**...................................................................................................................... $ 8,563,061.65
   Lines 2 + 3a + 3b