United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 21-31507-jpg
Commonwealth Business Credit, LLC     Chapter 7
Series 10 of Cadence Group Platform, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-3    User: amari    Page 1 of 2
Date Rcvd: Oct 12, 2021    Form ID: pdf730    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Commonwealth Business Credit, LLC, c/o Statutory Agent Richard A. Scheich, 7644 King's Pointe Road, Toledo, OH 43617-1500 |
| ptcrd | + | Series 10 of Cadence Group Platform, LLC, c/o Cadence Group, Inc., 86 Broad Street, Suite 205, New York, NY 10004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Waterford Bank, N.A., 3900 N. McCord Road, Toledo |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Kalas | on behalf of Debtor Commonwealth Business Credit LLC kalas@nwklaw.com, denise@nwklaw.com |
| Eric R. Neuman | on behalf of Trustee Ericka S. Parker Trustee eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;Adam@drlawllc.com;raymond@drlawllc.com;leanne@drlawllc.com |

Ericka S. Parker Trustee
esparker@sbcglobal.net oh04@ecfcbis.com

Patricia B. Fugee
on behalf of Petitioning Creditor Series 10 of Cadence Group Platform LLC patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Scot A. Hinshaw
on behalf of Debtor Commonwealth Business Credit LLC hinshaw@nwklaw.com

Thomas W. Heintschel
on behalf of Creditor Waterford Bank N.A. theintschel@fhk-law.com

TOTAL: 6

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: October 12 2021**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re: COMMONWEALTH BUSINESS CREDIT, LLC    Case No. 21-31507

Debtor(s)    Judge John P. Gustafson

### ORDER TO EMPLOY

Upon consideration of the application of Ericka S. Parker, Trustee, for Eric Neuman and Raymond Beebe and the law firm of Diller & Rice LLC to serve as attorneys for the Trustee in connection with this case, effective the date of the filing of the Application, and it appearing that said attorneys are duly admitted to practice in this Court, that Eric Neuman and Raymond Beebe and the attorneys and paralegals regularly associated with her at Diller & Rice LLC represent no interest adverse to this estate, that their employment is necessary and is in the best interest of the estate,

IT IS ORDERED, that Eric Neuman and Raymond Beebe, and the attorneys and paralegals regularly associated with her at the law firm of Diller & Rice LLC be, and hereby are authorized to serve as attorneys for the Trustee in this case.