Series 10 of Cadence Group Platform, LLC
c/o Cadence Group, Inc.
86 Broad Street, Suite 205
New York, NY 10007


Waterford Bank, NA
3900 N. McCord Road
Toledo, OH 43617


Jim DelVerne
3230 Central Park West, Suite 208
Toledo, OH 43617


GameChange Group, LLC
4216 Floral Ave.
Norwood, OH 45212


Holt Finance, LLC
P.O. Box 476
Sylvania, OH 43560


Nancy Rathbun
112300 County Road 16
Waseon, OH 43567


Richard A. Scheich
3230 Central Park West, Suite 208
Toledo, OH 43617