IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Commonwealth Business Credit, LLC, | ) | CASE NO. 21-31507 |
| Debtor. | ) | Chapter 7 |
| | ) | Hon. John P. Gustafson |
| | ) | |

* * * * *

## NOTICE AND OPPORTUNITY FOR HEARING REGARDING MOTION FOR RELIEF FROM STAY AND ABANDONMENT

Notice is hereby given that Waterford Bank, N.A. filed a Motion for Relief from Stay and Abandonment.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the Court a written objection or request for hearing, explaining your position at:

    United States Bankruptcy Court
    1716 Spielbush Ave.
    Toledo, OH 43604

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the dated stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Office of the United States Trustee
201 Superior Ave., East, Ste. 441
Cleveland, OH 44114

Ericka S. Parker, Esq.
Law Offices of Ericka S. Parker
232 10th Street
Toledo, Ohio 43604

Thomas W. Heintschel, Esq.
Frederickson Heintschel & King Co., L.P.A.
405 Madison Ave., Suite 1212
Toledo, OH 43604

Eric R. Neuman, Esq.
1107 Adams Street
Toledo, Ohio 43604

Patricia B. Fugee, Esq.
FisherBroyles, LLP
27100 Oakmead Dr., Box 306
Perrysburg, Ohio 43551

Scot A. Hinshaw, Esq.
Brian Kalas, Esq.
Niehaus Kalas Hinshaw, Ltd.
7150 Granite Circle, Suite 203
Toledo, Ohio 43617

2. If an objection or request for hearing is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Respectfully submitted,

Dated: October 20, 2021

/s/ Thomas W. Heintschel
Thomas W. Heintschel (0008887)
Frederickson, Heintschel & King Co., L.P.A.
405 Madison Avenue, Suite 1212
Toledo, Ohio 43604
Phone: (419) 242-5100
Fax: (419) 242-5556
Email: theintschel@fhk-law.com
Attorney for Waterford Bank, N.A.

2