# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:  Commonwealth Business Credit, LLC

Case No. 21-31507-jpg
Chapter 7

**NATURE OF PROCEEDING:**

Doc# 33 Motion for Relief From Stay and Abandonment  Filed by Creditor Waterford Bank, N.A.

**APPEARANCES:**
- [✓] Atty for Debtor(s): Scott Hinshaw (ph)
- [✓] Atty for Trustee: Eric R. Neuman: (ph)
- [✓] Atty for Waterford Bank: Thomas Heintschel (ph)
- [✓] Attorney for Series 10, LLC: Peter Siddiqui (ph)
- [✓] Trustee: Ericka S Parker (ph)
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [✓] HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] DISMISSED
- [ ] HEARING NOT HELD
- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C ____ DAYS
- [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE ____ DAYS
- [ ] STATUS REPORT ON OR BEFORE ____ DAYS
- [ ] DISCOVERY CUT-OFF
- [ ] MOTION TO BE WITHDRAWN ____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN ____ DAYS
- [ ] FINAL PRE-TRIAL

- [ ] GRANTED  [ ] APPROVED  [ ] DISAPPROVED  [ ] TRIAL

- [ ] DENIED   [ ] WITH PREJUDICE   [ ] WITHOUT PREJUDICE
- [ ] SUSTAINED
- [ ] ADJOURNED TO ____

**COMMENTS OF COURT:**

Hearing held.  An Agreed Order is to be filed by November 24, 2021, which it is hoped will resolve both the Motion for Relief from Stay and the Motion for Turnover which has not yet been held.  It is contemplated the Agreed Order - which is being worked on - will be agreed to by the Trustee for Commonwealth Business Credit, LLC, Waterford Bank and Series 10 of Cadence Group Platform, LLC.

HEARING DATE: Fri., 11/12/2021

FOR COURT USE ONLY
- [ ] Order Uploaded
- [ ] Need Order
- [ ] Return for Action