# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:                                                      Case No.  21-31507-jpg

Commonwealth Business Credit, LLC                            Chapter  7


NATURE OF PROCEEDING:

Doc. #37 Motion for Turnover of Property Filed by Trustee Ericka S. Parker Trustee


APPEARANCES:
- ☑ Atty for Debtor(s): Scott Hinshaw (ph)          ☐ Atty for
- ☑ Atty for Debtor(s): Eric R Neuman,              ☐ Atty for
- ☑ Atty for Creditor Waterford Bank: Thomas Heintschel (ph)    ☐ Atty for
- ☑ Trustee:  Ericka S. Parker (ph)                 ☐ Atty for

☑ HEARING HELD       ☐ EVIDENCE SUBMITTED        ☐ DISMISSED

☐ HEARING NOT HELD                                ☐ TAKEN UNDER ADVISEMENT

☐ MOTION TO CONTINUE F/C _____ DAYS               ☐ MOTION CUT-OFF

☐ AGREED ENTRY ON OR BEFORE _____ DAYS            _____

☐ STATUS REPORT ON OR BEFORE _____ DAYS           ☐ DISCOVERY CUT-OFF

☐ MOTION TO BE WITHDRAWN _____ DAYS               _____

☐ OBJECTION TO BE WITHDRAWN _____ DAYS            ☐ FINAL PRE-TRIAL

                                                  _____

☐ GRANTED      ☐ APPROVED      ☐ DISAPPROVED      ☐ TRIAL

                                                  _____

☐ DENIED    ☐ WITH PREJUDICE    ☐ WITHOUT PREJUDICE

☐ SUSTAINED

☐ ADJOURNED TO _____


COMMENTS OF COURT:

Hearing held.  Proposed Order circulated and provisionally approved by Attorney Heintschel.  Has been forwarded to Cadence for review.  Agreed Order to be filed by November 24, 2021.


HEARING DATE:  Tues., 11/16/2021

FOR COURT USE ONLY
☐ Order Uploaded          ☐ Need Order          ☐ Return for Action