The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: December 1 2021

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21–31507 |
| COMMONWEALTH BUSINESS CREDIT, LLC, | Chapter 7 |
| Debtor. | Judge John P. Gustafson |
| | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

On motion of Patricia B. Fugée and for good cause shown, it is ORDERED that attorney Peter A. Siddiqui of Katten Muchin Rosenman LLP shall be and is hereby permitted to appear *pro hac vice* as co-counsel for creditor Series 10 of Cadence Group Platform, LLC in this case.

# # #

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Debtor

Brian Kalas, kalas@nkh.law, counsel for Debtor

Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank

Eric R. Neuman, eric@drlawllc.com, kim@drllc.com, r50765@notify.bestcase.com; adam@drlawllc.com, leanne@drlawllc.com, counsel for the Trustee

Ericka S. Parker, esparker@sbcglobal.net, ob04@ecfcbis.com, chapter 7 Trustee

Patricia Fugee, patricia.fugee@fisherbroyles.com, Series 10 of Cadence Platform Group, LLC

Peter Siddiqui, peter.siddiqui@katten.com, Series 10 of Cadence Platform Group, LLC

United States Trustee's office (Registered address)@usdoj.gov