In re:                                                                                                                                          Case No. 21-31507-jpg

Commonwealth Business Credit, LLC                           Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3                                        User: amari                                       Page 1 of 2

Date Rcvd: Dec 01, 2021                           Form ID: pdf764                          Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Commonwealth Business Credit, LLC, c/o Statutory Agent Richard A. Scheich, 7644 King's Pointe Road, Toledo, OH 43617-1500 |
| cr | + | Series 10 of Cadence Group Platform, LLC, c/o Cadence Group, Inc., 86 Broad Street, Suite 205, New York, NY 10004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Waterford Bank, N.A., 3900 N. McCord Road, Toledo |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021                                     Signature:             /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Kalas | on behalf of Debtor Commonwealth Business Credit LLC kalas@nwklaw.com, denise@nwklaw.com |
| Eric R. Neuman | on behalf of Trustee Ericka S. Parker Trustee eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;Adam@drlawllc.com;raymond@drlawllc.com;leanne@drlawllc.com |
| Ericka S. Parker Trustee | esparker@sbcglobal.net oh04@ecfcbis.com |

Patricia B. Fugee
    on behalf of Creditor Series 10 of Cadence Group Platform  LLC patricia.fugee@fisherbroyles.com, cpbf11@trustesolutions.net

Scot A. Hinshaw
    on behalf of Debtor Commonwealth Business Credit  LLC hinshaw@nwklaw.com

Thomas W. Heintschel
    on behalf of Creditor Waterford Bank  N.A. theintschel@fhk-law.com

TOTAL: 6

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

**Dated: December 1 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>COMMONWEALTH BUSINESS CREDIT, LLC,<br><br>Debtor. | Case No. 21–31507<br><br>Chapter 7<br><br>Judge John P. Gustafson<br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

On motion of Patricia B. Fugée and for good cause shown, it is ORDERED that attorney Peter A. Siddiqui of Katten Muchin Rosenman LLP shall be and is hereby permitted to appear *pro hac vice* as co-counsel for creditor Series 10 of Cadence Group Platform, LLC in this case.

# # #

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Debtor

Brian Kalas, kalas@nkh.law, counsel for Debtor

Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank

Eric R. Neuman, eric@drlawllc.com, kim@drllc.com, r50765@notify.bestcase.com; adam@drlawllc.com, leanne@drlawllc.com, counsel for the Trustee

Ericka S. Parker, esparker@sbcglobal.net, ob04@ecfcbis.com, chapter 7 Trustee

Patricia Fugee, patricia.fugee@fisherbroyles.com, Series 10 of Cadence Platform Group, LLC

Peter Siddiqui, peter.siddiqui@katten.com, Series 10 of Cadence Platform Group, LLC

United States Trustee's office (Registered address)@usdoj.gov