# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COMMONWEALTH BUSINESS CREDIT, LLC | ) ) | Case No. 21-31507 |
| | ) | Hon. John P. Gustafson |
| Alleged Debtor. | ) ) | |

## NOTICE OF WITHDRAWAL OF SCOT A. HINSHAW AS COUNSEL OF RECORD FOR DEBTOR COMMONWEALTH BUSINESS CREDIT, LLC

Pursuant to Local Bankruptcy Rule 2091-1(b), Scot A. Hinshaw, co-counsel for Debtor Commonwealth Business Credit, LLC ("Debtor"), respectfully requests to withdraw as counsel of record for this matter due to his departure from the law firm Niehaus Kalas Hinshaw Ltd. Co-counsel Brian C. Kalas will remain counsel to the Debtor in this case. In further support of this Notice, Mr. Hinshaw states as follows:

1. Mr. Hinshaw is departing the law firm of Niehaus Kalas Hinshaw Ltd. on or about February 11, 2022, and Mr. Hinshaw will not continue representation of Debtor at his new law firm.

2. Mr. Kalas, of the firm Mr. Hinshaw is departing, has already entered an appearance on behalf of the Debtor and will substitute in to represent Debtor in this matter.

3. This Notice, withdrawal and substitution is made with the Debtor's knowledge and consent.

Respectfully submitted,


      */s/ Scot A. Hinshaw*
Scot A. Hinshaw (0096079)
Niehaus Kalas Hinshaw Ltd
7150 Granite Circle, Suite 203
Toledo, OH 43617
Phone: 419-517-9090
Fax: 419-517-9091
hinshaw@nkh.law


 # # #

2

21-31507-jpg    Doc 56    FILED 02/09/22    ENTERED 02/09/22 18:33:58    Page 2 of 3

Service List:

Scot A. Hinshaw, hinshaw@nkh.law, counsel for Alleged Debtor/Debtor
Brian Kalas, kalas@nkh.law, counsel for Alleged Debtor/Debtor
Patricia B. Fugée, patricia.fugee@fisherbroyles.com, counsel for Petitioning Creditor
Thomas W. Heintschel, theintschel@fhk-law.com , counsel for Waterford Bank
Ericka Parker, esparker@sbcglobal.net, United States Trustee
Eric R. Neuman, eric@drlawllc.com, counsel for United States Trustee